PAVAN L. ROSATI, ESQUIRE - State Bar #146171
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 2:14-CV-09681 FMO (MRWx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**Judge:** Fernando M. Olguin<br>**Courtroom:** 22 |

In light of the settlement of this action and the submitted Stipulation To Dismiss Action With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED:

Plaintiff's action against Defendant is **DISMISSED with prejudice**, each party to bear its own costs.

DATED: June 10, 2015

/s/
The Honorable Fernando M. Olguin
United States District Court

-1-

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE
2:14-CV-09681 FMO (MRWx)